1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MANJIT AHUJA,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.; and DOES I - X, inclusive,<br><br>Defendants. | Case No. 3:09-CV-00237-LRH-VPC<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

The parties above-named, by and through their counsel of record, hereby Stipulate to the Dismissal of this action in its entirety, with prejudice, each party to bear its own costs and attorneys fees.

///
///
///
///
///

## AFFIRMATION PURSUANT TO NRS 239B.030

This Stipulation and Order does not contain the Social Security number of any person.

DATED this 21st day of August, 2009.          DATED this 25th day of August, 2009.

ZEH & WINOGRAD                                PAYNE & FEARS, LLC

By: _____                    By: _____
Pete Cladianos III, Esq.                      Gregory H. King, Esq.
                                              Matthew K. Brown, Esq.
Attorneys for Plaintiff                       Payne & Fears LLP
MANJIT AHUJA                                  7251 W. Lake Mead Blvd., Ste. 525
                                              Las Vegas, NV 89128

                                              Attorneys for Defendant
                                              HOME DEPOT USA, INC.

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE